Núm. 1505.—Monagas, peticionario *v.* Corte, dmdada.—Original. Marzo 8, 1943.

Llamado hoy para vista el presente recurso comparecieron las partes por sus abogados quienes informaron ampliamente, y habiendo quedado convencido el Tribunal de la improcedencia del recurso acuerda anular, como por la presente anula, el auto expedido, debiendo devolverse a la corte sentenciadora el récord elevado.

El Juez Asociado Sr. De Jesús no intervino.

Núms. 1491, 1492, 1493, 1494, 1496, 1497, 1500, 1503, 1504, 1508, 1509, 1511, 1512, 1514, 1515, 1519, 1520, 1522, 1523.

*Hábeas Corpus:*

Núm. 418.

*Injunctions:*

Núm. 26.

*Mandamus:*

Núms. 387, 388, 389, 391.

Recursos de Revisión:

Núms. 251, 252, 255, 260, 261, 267.